-UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

# CRIMINAL MINUTES

**Date:** July 1, 2021 **Time:** 1:13 P.M.-2:00PM **Judge:** YVONNE GONZALEZ ROGERS

**Case No.:** 16-cr-00058-YGR-1 **Case Name:** UNITED STATES v. Kevin Min Grahn [in custody; present in courtroom]

**Attorney for Plaintiff:** AUSA Anna Nguyen
**Attorney for Defendant:** Jeffrey Bornstein

**Deputy Clerk:** Frances Stone **Court Reporter:** Diane Skillman
**Interpreter:** not needed **Probation Officer:** Joseph Milliken

## PROCEEDINGS

**ADMISSION AND DISPOSITION RE Supervised Release Violation**- HELD VIA HYBRID IN COURTROOM HEARING/ZOOM
(regarding Amended Petition filed 5/20/21 Dkt.no. 58)

**ADMISSION:** Defendant Admits Charges 2, 6 and 9 of the Amended Petition, Dkt.no. 58.
Court finds violation of Supervised Release.

**DISPOSITION:**
In Summary
Defendant is committed to the custody of the Bureau of Prisons for a **term of 18 months**.
Upon release from Prison Defendant is placed on **Supervised Release for a term of 12 months**.
The Court re-imposes the previous conditions of Supervised Release.
Request for early release is denied.

Government Motion to Dismiss remaining Charges 1, 3, 4, 5, 7, 8 and 10 of Amended Petition , Dkt. no. 58- GRANTED

**EXCLUDABLE DELAY:**
Category
Begins
Ends